**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re **Fuel University City, LLC** Case No. 26-14423
Debtor(s) Chapter **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Rocco Cima**, declare under penalty of perjury that I am the of **Fuel University City, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Rocco Cima**, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Rocco Cima**, of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Rocco Cima**, of this Corporation is authorized and directed to employ **Brad Sadek** , attorney and the law firm of **Sadek Law Offices** to represent the corporation in such bankruptcy case."

Date **October 21, 2026** Signed **/s/ Rocco Cima**
**Rocco Cima**

# Resolution of Board of Directors
of
**Fuel University City, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Rocco Cima, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Rocco Cima, of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Rocco Cima, of this Corporation is authorized and directed to employ Brad Sadek, attorney and the law firm of Sadek Law Offices to represent the corporation in such bankruptcy case.

Date October 21, 2026 Signed

Date October 21, 2026 Signed

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# Corporate Resolution

Final Audit Report 2026-10-21

| | |
|---|---|
| Created: | 2026-10-21 |
| By: | Victoria Reamer (victoria@sadeklaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAgl32fWvLaspK08Ksc8SCGYJGHEpWz_fv |

## "Corporate Resolution" History

Document created by Victoria Reamer (victoria@sadeklaw.com)
2026-10-21 - 4:45:28 PM GMT

Document emailed to Rocco Cima (roccocima@gmail.com) for signature
2026-10-21 - 4:45:32 PM GMT

Email viewed by Rocco Cima (roccocima@gmail.com)
2026-10-21 - 4:46:20 PM GMT

Document e-signed by Rocco Cima (roccocima@gmail.com)
Signature Date: 2026-10-21 - 4:46:57 PM GMT - Time Source: server - Signature Appearance Selected: DRAW

Agreement completed.
2026-10-21 - 4:46:57 PM GMT